# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BLACKBURN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00333-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2)<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD ORDER TO SHERIFF OF KINGS COUNTY JAIL<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Antoine Deshawn ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 4, 2020, Plaintiff filed a complaint, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

　　　　Plaintiff's application to proceed *in forma pauperis* is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require, nor is the certificate portion of the form dated, signed, or filled-out by an authorized officer of the correctional institution. Plaintiff must submit a completed form, including a certified copy of his trust account statement, if he wishes for the application to be considered.

1

In his application, in the space available for the signature of an authorized officer of the institution where Plaintiff is incarcerated, it appears Plaintiff has written "Conflict of Interest Sheriff Administration Refuse to Sign." (ECF No. 2, p. 2.) The Court construes this note as an indication that Plaintiff was unable to obtain a signature from an officer at the Kings County Jail in Hanford, California, where Plaintiff is currently housed, for his *in forma pauperis* application.

In light of Plaintiff's apparent difficulties in obtaining cooperation of jail administrative officers to complete the form and obtain a copy of his inmate trust statement, the Court finds it appropriate to forward a copy of this order to appropriate staff at the Kings County Jail.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to forward a copy of this order and Plaintiff's motion, (ECF No. 2), to the Sheriff of the Kings County Jail in Hanford, California, that the appropriate person might be made aware of the difficulty Plaintiff is experiencing in obtaining the information necessary to complete his application to proceed *in forma pauperis*;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 initial filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **March 9, 2020**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE