UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, <br><br> Plaintiff, <br><br> v. <br><br> J. BLACKBURN, et al., <br><br> Defendants. | 1:20-cv-00333-EPG (PC) <br><br> ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS <br><br> (ECF No. 9) |

Antoine Deshawn Barnes ("Plaintiff") is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. Section 1983.

Plaintiff moved to proceed *in forma pauperis* on March 4, 2020. (ECF No. 2.) The Court granted the motion on March 26, 2020. (ECF No. 8.) Plaintiff moved again to proceed *in forma pauperis* on March 30, 2020. (ECF No. 9.)

Because the Court already granted Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 8), the Court DENIES Plaintiff's motion (ECF No. 9) as MOOT.

IT IS SO ORDERED.

Dated: **April 2, 2020**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1