UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BLACKBURN, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-00333-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 15, 16) |

Plaintiff Antoine Deshawn Barnes is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2020, the assigned magistrate judge issued findings and recommendations, recommending the denial of plaintiff's motion (Doc. No. 12) for an injunction that would grant him monetary damages and eliminate any qualified immunity defense. (Doc. No. 15.) Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within twenty-one (21) days after service. (*Id.* at 4–5.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

On July 9, 2020, the magistrate judge issued another set of findings and recommendations, recommending that this action proceed only on plaintiff's claims brought against defendants

1  Blackburn, Brooks, and Hill for use of excessive force in violation of the Eighth Amendment and
2  conspiracy to violate plaintiff's Eighth Amendment rights, and that all other claims be dismissed
3  without prejudice to plaintiff seeking federal habeas relief with those claims by filing a petition in
4  a separate action for a writ of habeas corpus.  (Doc. No. 16.)  Those findings and
5  recommendations were served on plaintiff and contained notice that any objections thereto were
6  to be filed within twenty-one (21) days after service.  (*Id.* at 7–8.)  To date, no objections to those
7  findings and recommendations have been filed either, and the time in which to do so has now
8  passed.

9        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the
10  undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire
11  file, the court finds both findings and recommendations to be supported by the record and by
12  proper analysis.

13        Accordingly,

14      1.    The findings and recommendations issued on June 23, 2020 (Doc. No. 15) are
15          adopted in full;
16      2.    The findings and recommendations issued on July 9, 2020 (Doc. No. 16) are
17          adopted in full;
18      3.    Plaintiff's motion for injunctive relief (Doc. No. 12) is denied;
19      4.    This action now proceeds only on plaintiff's claims against defendants Blackburn,
20          Brooks, and Hill for excessive use of force in violation of the Eighth Amendment
21          and conspiracy to violate plaintiff's Eighth Amendment rights;
22      5.    All other claims and defendants are dismissed without prejudice to the filing of a
23          petition for a writ of habeas corpus as to those claims for which such relief may be
24          available; and

25  /////
26  /////
27  /////
28  /////

6. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: __**August 24, 2020**__       ___/s/ Dale A. Drozd___
                                    UNITED STATES DISTRICT JUDGE