UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>J. BLACKBURN, et al.,<br><br>Defendants. | No. 1:20-cv-00333-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTIONS FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 17, 18, 21) |

Plaintiff Antoine Deshawn Barnes is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2020, the assigned magistrate judge issued findings and recommendations, recommending the denial of plaintiff's motions (Doc. Nos. 17, 18) for temporary restraining orders that would grant him monetary damages, release him from his cell, and fire a prison officer. (Doc No. 21 at 2–3.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id*. at 2–3.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 28, 2020 (Doc. No. 21) are adopted in full;
2. Plaintiff's motions for temporary restraining orders (Doc. Nos. 17, 18) are denied; and
3. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **October 16, 2020**

UNITED STATES DISTRICT JUDGE